1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

STARLINX GLOBAL SERVICE LLC, *et al.*,

10

          Plaintiffs,

Case No.  C20-1243RSL

11

      v.

ORDER TO SHOW CAUSE

12

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I.,

13

          Defendant.

14

15

16

      This matter comes before the Court *sua sponte*.  On August 18, 2020, defendant

17

removed this action to federal court alleging that the Court has jurisdiction based on the

18

diversity of citizenship of the parties. *See* 28 U.S.C. § 1332(a) (establishing that the

19

federal court's basic diversity jurisdiction extends to "all civil actions where the matter in

20

controversy exceeds . . . $75,000 . . . and is between . . . citizens of different States.").

21

"For a case to qualify for federal jurisdiction under 28 U.S.C. § 1332(a), there must be

22

complete diversity of citizenship between the parties opposed in interest." *Kuntz v. Lamar*

23

*Corp.*, 385 F.3d 1177, 1181 (9th Cir. 2004) (internal citation omitted). In examining

24

whether complete diversity is present, the citizenship of a limited liability company is

25

determined by examining the citizenship of the owners/members. *See Johnson v.*

26

ORDER TO SHOW CAUSE - 1

1    *Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "like a

2    partnership, an LLC is a citizen of every state of which its owners/members are citizens").

3          Defendant has not alleged the citizenship of each owner/member of Starlinx

4    Global Service LLC, noting only that the LLC's "principal owner" is a resident of

5    Washington. Dkt. # 1 at 2. The subsequent conclusory allegation that complete diversity

6    exists is insufficient to meet defendant's burden of establishing the basis of the Court's

7    jurisdiction. *See Indus. Tectonics, Inc. v. Aero Alloy*, 912 F.2d 1090, 1092 (9th Cir. 1990)

8    ("The party asserting jurisdiction has the burden of proving all jurisdictional facts"); Fed

9    R. Civ. P. 12(h)(3) ("If the Court determines at any time that it lacks subject-matter

10   jurisdiction, the court must dismiss the action"). As a result, defendant is ORDERED TO

11   SHOW CAUSE why the Court should not dismiss this action pursuant to Fed. R. Civ. P.

12   12(b)(1) by providing the Court with the citizenship of all of the owners/members of

13   Starlinx Global Service LLC, at the time the complaint was filed, by September 28, 2020.

14   The Clerk of the Court is directed to place this order to show cause on the Court's

15   calendar for that date.

16

17         Dated this 21st day of August, 2020.

18                                     *[signature]*
                                    Robert S. Lasnik

19                                     United States District Judge

20

21

22

23

24

25

26   ORDER TO SHOW CAUSE - 2