# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STARLINX GLOBAL SERVICE LLC and KEVIN AMOS,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,<br><br>Defendant. | Cause No.: 2:20-cv-01243-RSL<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO FILE EXPERT REPORTS PURSUANT TO FRCP 26(A)(2)** |

**COME NOW** the Parties, by and through their counsel of record, and respectfully move this Court, via stipulation, as follows:

## I.    STIPULATION

1. The parties make this motion in good faith and not for the purpose of delay.

2. This is a first-party insurance coverage dispute, in which the plaintiffs, Starlinx Global Service LLC and Kevin Amos ("Plaintiffs"), assert claims for breach of contract, violations of the Insurance Fair Conduct Act ("IFCA"), negligent claims handling, violations of the Consumer Protection Act ("CPA"), and for attorney fees and costs.  Defendant American Family Mutual Insurance Company, S.I. ("American Family") denies any and all liability.

3.     Pursuant to the Minute Order Setting Trial Date and Related Dates [ECF 11], Reports from Expert Witnesses Under FRCP 26(A)(2) are due on **April 7, 2021**. See, *id*.

4.     The Parties have recently agreed to undertake settlement discussions to attempt to resolve this matter.  Based upon current settlement discussions and issues, the Parties respectfully seek a 45-day extension of the deadline to exchange and file their respective Expert Witness Reports Pretrial Statements until **May 21, 2021**, to allow adequate time for settlement discussions in this matter.

| Events | Current Deadline [ECF 11] | Proposed Deadline |
| --- | --- | --- |
| Reports from expert witnesses under FRCP 26(a)(2) due | April 7, 2021 | **May 21, 2021** |

5.     The requested deadline will allow for sufficient time to engage in good faith settlement discussions and still complete Reports from Expert Witnesses by the requested May 21, 2021, deadline.

6.     The Parties are not requesting an extension of any additional deadlines on the Scheduling Order at this time.

For the above reasons, the Parties jointly request that the Court grant this stipulated motion to extend the deadlines as set forth above, to allow the Parties to pursue settlement discussions in this matter.

//

Cause No.: 2:20-cv-01243-RSL
**STIPULATED MOTION TO EXTEND
DEADLINE TO FILE EXPERT REPORTS** - 2

**STIPULATED TO** this **7th** day of <u>April</u>, 2021.

| | |
|---|---|
| **WATHEN \| LEID \| HALL \| RIDER, P.C.** | **LePLEY LAW FIRM** |
| */s/Kimberly Larsen Rider* | */s/Patrick H. LePley* |
| Kimberly Larsen Rider, WSBA #42736 | Patrick H. LePley, WSBA #7071 |
| *Attorney for Defendant American Family* | *Attorney for Plaintiffs* |
| 222 Etruria St. | 2300 130th Ave. NE Suite A-101 |
| Seattle, WA  98109-6243 | Bellevue, Washington 98005 |
| Tel: (206) 622-0494 \| Fax: (206) 587-2476 | T: (425) 641-5353 \|  F: (425) 747-0611 |
| krider@cwlhlaw.com | phl@lepleylawfirm.com |

## II.   ORDER

**IN CONFORMITY** with the foregoing Stipulation, **IT IS SO ORDERED.** The deadline for exchanging expert witness reports is hereby extended to **May 21, 2021**, to allow adequate time for settlement discussions in this matter. Other case management deadlines remain unchanged.

DATED this 8th day of April, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Cause No.: 2:20-cv-01243-RSL
**STIPULATED MOTION TO EXTEND
DEADLINE TO FILE EXPERT REPORTS** - 3